UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

JAMES ALTES, )
 )
        Petitioner, )
v. ) No. 1:10-cv-1422-TWP-TAB
 )
SUPERINTENDENT, Pendleton )
 Correctional Facility, )
 )
        Respondent. )

**Entry Discussing Pending Motions and Directing the
Filing of a Second Petition for Writ of Habeas Corpus**

This is an action for habeas corpus relief brought by James Altes, an Indiana prisoner. In the course of prior proceedings, Mr. Altes was directed to file an amended habeas petition, Mr. Altes identified certain circumstances he thought constituted an impediment to his proceeding in the action. Counsel was appointed pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, for the purpose of composing and filing an amended habeas petition.

**I.**

**A.**

Counsel filed a report on February 23, 2011, seeking to withdraw and to be relieved of the appointment. That request is currently before the court, as are Mr. Altes' requests that additional or alternative counsel be appointed.

As a further feature of the background here, it is noted–and it is important to note–that the counsel's report/motion to withdraw identifies certain features of Mr. Altes' challenges to his conviction in the Indiana state courts. This inventory of claims presented

to the Indiana state courts constitutes the array of claims available to Altes for grounds on which to seek federal habeas relief. The claims which have been fairly presented to the Indiana state courts through the course of Mr. Altes' direct appeal and his action for post-conviction relief are the following: (1) a challenge to the sufficiency of the evidence; (2) a challenge to the sentence; and (3) a challenge to the effectiveness of counsel. These are the sole claims which could be asserted in any federal habeas litigation because of the doctrine of procedural default, *see O'Sullivan v. Boerckel,* 526 U.S. 838, 844 (1999), and these claims are referred to in this Entry as "the exhausted claims."

Counsel's motion to withdraw presents a straightforward opinion of the exhausted claims in the restrictive and deferential framework established by 28 U.S.C. § 2254(d), a provision of the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA). Simply put, the analysis is persuasive and demonstrates that a viable claim for federal habeas corpus relief could not be based on one or more of the exhausted claims.

The analysis just referenced shows both why the motion to withdraw will be **granted** –because of the absence of a plausible claim for habeas corpus relief–and why Mr. Altes' motions for the appointment of counsel (Dkt. No. 12) and (Dkt. No. 19) will be **denied**–because of the absence of a plausible claim for habeas corpus relief.

**B.**

To formalize the rulings made based on the foregoing discussion:

1. The motion to withdraw (Dkt. No. 13) is **granted.**

2. Mr. Altes' Petitioner's motion for leave from the court for consideration for secondary attorney opinion/review (Dkt. No. 12) and (Dkt. No. 19) are **denied**.

Nothing in the foregoing rulings, however, prevents Mr. Altes from consulting with the Welke law firm or any other attorney in connection him with this action.

## II.

Mr. Altes' shall have **through May 18, 2011**, to file a second amended petition for writ of habeas corpus. If a second amended petition for writ of habeas corpus is filed, it will completely replace any earlier habeas petition, including the amended petition for writ of habeas corpus. Additionally, Mr. Altes may make use of the information in counsel's report in preparing a second amended petition for writ of habeas corpus.

If a second amended petition for writ of habeas corpus is filed, it will be reviewed pursuant to Rule 4 of the *Rules Governing Section 2254 Proceedings in the United States District Court.* If no second amended petition for writ of habeas corpus is filed as permitted in this Entry the action will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Date: 5/5/2011

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

James Altes
DOC #137907
Pendleton Correctional Facility
Inmate Mail/Parcels
4490 West Reformatory Road
Pendleton, IN 46064

William E. Marsh
INDIANA FEDERAL COMMUNITY DEFENDERS
bill.marsh@fd.org